UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:23-CV-240-KAC-DCP |
| ) | |
| THREE RIVERS MARKET, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. Accordingly, the Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

                                                s/ Katherine A. Crytzer
                                                KATHERINE A. CRYTZER
                                                United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT